IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Bradley A. Hoyt, The Village LLC, a Minnesota Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>The City of St. Anthony Village, Mark Casey, Jerry Faust, Breanne Rothstein, WSB & Associates, Inc., a Minnesota corporation, Stacie Kvilvang, Jay R. Lindgren, and Ehlers & Associates, Inc., a Minnesota Corporation,<br><br>Defendants. | Case No. 0:18-cv-02434-PSJ-ECW<br><br><br><br>**DEFENDANTS CITY OF ST. ANTHONY VILLAGE, MARK CASEY, AND JERRY FAUST'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendants City of St. Anthony Village, Mark Casey, and Jerry Faust hereby move the Court for an order pursuant to Federal Rule of Civil Procedure 12(c) granting judgment on the pleadings and dismissing this case with prejudice.

This motion is made pursuant to Federal Rule of Civil Procedure 12(c), and based upon the accompanying memorandum of law and evidence, any further evidence and argument to be presented at or before the hearing, and all of the files, records, and proceedings herein.

| | |
|---|---|
| Dated: November 2, 2018 | **GREENE ESPEL PLLP** |
| | s/John M. Baker |
| | John M. Baker, Reg. No. 0174403 |
| | Caitlinrose H. Fisher, Reg. No. 0398358 |
| | 222 S. Ninth Street, Suite 2200 |
| | Minneapolis, MN 55402 |
| | jbaker@greeneespel.com |
| | cfisher@greeneespel.com |
| | (612) 373-0830 |
| | |
| | Attorneys for Defendants City of St. Anthony Village, Mark Casey, and Jerry Faust |

2