# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Bradley A. Hoyt, et al.,

    Plaintiffs,

v.

Mark Casey, et al.,

    Defendants.

**COURT MINUTES**
BEFORE: Patrick J. Schiltz
U.S. District Judge

| | |
|---|---|
| Case No: | 18-CV-2434 (PJS/ECW) |
| Date: | December 14, 2018 |
| Deputy: | C. Glover |
| Court Reporter: | Debra Beauvais |
| Courthouse: | Minneapolis |
| Courtroom: | 14E |
| Time Commenced: | 9:04 a.m. |
| Time Concluded: | 10:50 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | 1 Hour & 46 Minutes |

Hearing on: **Defendants' Motions to Dismiss/Motions for Judgment on the Pleadings [Docket Nos. 20, 31, 37, 42]**

APPEARANCES:

    Plaintiffs:    Samuel Johnson, William Skolnick
    Defendants:    John Baker, Valerie Sims, James Thomson, Peter Lancaster

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

\**IT IS ORDERED:

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☒ Motions taken under advisement, written order forthcoming.

                                                            s/C. Glover
                                                          Courtroom Deputy