## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Bradley A Hoyt,<br>The Village, LLC. | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 18-cv-2434 PJS/ECW |
| Mark Casey,<br>Jerry Faust,<br>Breanne Rothstein,<br>WSB & Associates, Inc.,<br>Stacie Kvilvang,<br>Jay R. Lindgren,<br>Ehlers & Associates, Inc.,<br>The City of St. Anthony Village, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motions to dismiss or for judgment on the pleadings [ECF Nos. 20, 31, 37, 42] are GRANTED.

2. Plaintiffs' amended complaint [ECF No. 12] is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| Date: 5/22/2019 | KATE M. FOGARTY, CLERK |
| | s/Amy Halverson |
| | (By)   Amy Halverson, Deputy Clerk |